ANDREW S. TULUMELLO (SBN #196484)
drew.tulumello@weil.com
ARIANNA SCAVETTI, *pro hac vice*
arianna.scavetti@weil.com
DAN NADRATOWSKI, *pro hac vice*
daniel.nadratowski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940

*Attorneys for Defendant PepsiCo, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN MCCAUSLAND, CARLO GARCIA, and MICHAEL ZURL, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>PEPSICO, INC.,<br><br>     Defendant. | Case No. 5:23-cv-04526-PCP<br><br>Hon. P. Casey Pitts<br><br>**JOINT STIPULATION RE: ALTERNATIVE DISPUTE RESOLUTION FORM AND TIMING** |

Plaintiffs Ian McCausland, Carlo Garcia, and Michael Zurl (together, "Plaintiffs") and Defendant PepsiCo, Inc. ("PepsiCo"), by and through their undersigned counsel, hereby stipulate and agree, subject to approval by the Court, as follows:

**WHEREAS**, at the initial case management conference on April 4, 2025, the Court ordered the parties to submit a stipulation within 30 days reflecting (1) a deadline for engaging in alternative dispute resolution ("ADR") and (2) the form of ADR the parties would agree to participate in;

**WHEREAS**, the Court further ordered that, if the parties selected private mediation, the parties were to submit the name of the private mediator;

**WHEREAS**, the Court stated that the ADR deadline may coincide with dispositive motions deadline;

**WHEREAS**, on April 11, 2025, the Court entered a case management order setting a deadline of January 15, 2027 for dispositive motions, ECF No. 53;

**WHEREAS**, the parties have conferred regarding the Court's order;

**WHEREAS**, the parties agree to an ADR deadline of January 15, 2027;

**WHEREAS**, the parties agree to participate in private mediation; and

**WHEREAS**, the parties select Linda R. Singer, Esq., through Judicial Arbitration and Mediation Services, Inc. ("JAMS"), as the parties' preferred private mediator, unless the parties mutually agree to an alternative mediator prior to the deadline.

**NOW, THEREFORE**, Plaintiffs and PepsiCo jointly stipulate as follows, subject to the Court's approval:

1. The parties' ADR deadline will be January 15, 2027.

2. The parties will participate in a private mediation session mediated by Linda R. Singer, Esq., unless the parties mutually agree to an alternative mediator prior to the deadline.

Dated:  May 1, 2025          Respectfully Submitted,

_/s/ Andrew S. Tulumello_____
ANDREW S. TULUMELLO (SBN #196484)
drew.tulumello@weil.com
ARIANNA SCAVETTI, *pro hac vice*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

arianna.scavetti@weil.com
DAN NADRATOWSKI, *pro hac vice*
daniel.nadratowski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940

*Attorneys for Defendant PepsiCo, Inc.*


*/s/ Maia Kats*
JUST FOOD LAW PLLC
Maia Kats (*pro hac vice*)
maiakats@justfoodlaw.com
5335 Wisconsin Avenue, NW, Ste. 440
Washington, DC 20015
Telephone: (202) 243-7910

KUZYK LAW, LLP
Michael D. Braun (SBN 167416)
mdb@kuzykclassactions.com
2121 Avenue of the Stars, Ste. 800
Los Angeles, CA 90067
Telephone: (213) 401-4100
Facsimile: (213) 401-0311


*Counsel for Plaintiffs*

1

**ATTESTATION REGARDING SIGNATURES**

2

I, Andrew S. Tulumello, attest that all signatories listed, and on whose behalf the filing is

3

submitted, concur in the filing's content and have authorized the filing.

4

Dated: May 1, 2025                                        By: */s/ Andrew S. Tulumello*

5

Andrew S. Tulumello

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

 I hereby certify that on May 1, 2025, I electronically filed the foregoing with the Clerk of the

3

Court using the CM/ECF system, which will send notification of such filing to the Electronic Service

4

List for this case.

5

          By: */s/ Andrew S. Tulumello*

6

            Andrew S. Tulumello

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28