**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IAN MCCAUSLAND, CARLO GARCIA, and MICHAEL ZURL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEPSICO, INC.,<br><br>Defendant. | Case No. 5:23-cv-04526-PCP<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)<br><br>Judge: Hon. P. Casey Pitts |

Having reviewed the parties' Joint Stipulation of Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(A)(1)(A)(ii), and good cause appearing, it is hereby ordered that Plaintiffs' claims against Defendant PepsiCo, Inc. are dismissed with prejudice. The clerk is directed to close this action.

**IT IS SO ORDERED**.

Dated: October 27, 2025

Honorable P. Casey Pitts
United States District Judge